CHARLES C. JACOBS, Respondent, *v.* PETER CIANCIMINO, Appellant.

*Jacobs* v. *Ciancimino*, 152 App. Div. 910, appeal dismissed.
(Submitted February 10, 1913; decided February 14, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 10, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a promissory note and for money loaned.

The motion was made upon the ground that the sureties on the undertaking filed by appellant had failed to justify after exception having been taken as to their sufficiency.

*Ralph K. Jacobs* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.